RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 05 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| Progress Residential Borrower 19, LLC<br>P.O. Box 451027, Atlanta, Georgia 31145<br><br>Plaintiff,<br><br>v.<br><br>RYAN JOSEPH BROWN, AND ALL OTHER OCCUPANTS,<br>5347 Sapphire Cir,<br>Ellenwood, Georgia 30294,<br><br>Defendant/Removing Party. | Civil Action No.: ____________________<br><br>(Removed from Magistrate Court of Clayton County, State of Georgia, Case No. 2026CM22223)<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>1:26-CV-6750 |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION:

Defendant RYAN JOSEPH BROWN (hereinafter "Defendant"), appearing pro se, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, removing the above-captioned dispossessory action from the Magistrate Court of Clayton County, State of Georgia (Case No. 2026CM22223) to this Court.

### I. STATE COURT PROCEEDINGS

1. On or about September 1, 2026, Plaintiff Progress Residential Borrower 19, LLC, by and through its attorney Matthew Totten, Bar No. 798589, 5579 Chamblee-Dunwoody Road, Ste B-136, Dunwoody, Georgia 30338, and agent and affiant Manjunath Devanna, filed a Dispossessory Affidavit against Defendant in the Magistrate Court of Clayton County, State of Georgia, assigned Case No. 2026CM22223.

2. The dispossessory action concerns Defendant's tenancy at 5347 Sapphire Cir, Ellenwood, Georgia 30294, located in Clayton County ("the Property"). The state court is located at 9151 Tara Boulevard, Room 2TC08, Jonesboro, Georgia 30236-4912.

3. This Notice of Removal is timely filed within thirty (30) days of Defendant's receipt of process, as required by 28 U.S.C. § 1446(b).

## II. PLAINTIFF'S CLAIMS IN THE STATE COURT ACTION

4. In the dispossessory affidavit, Plaintiff alleges that Plaintiff desires and has demanded possession of the premises, and that Defendant has failed and refused to deliver said possession.

5. Plaintiff demands: (a) possession of the premises; (b) past due rent of $1,960.00 for the month of August 2026; (c) rent accruing up to the date of judgment or vacancy at the rate of $65.33 per day for 30-day months and $63.23 per day for 31-day months; and (d) court costs of $79.00, late fees of $150.00, other fees of $61.99, and utilities of $123.85.

## III. BASIS FOR FEDERAL JURISDICTION

This Court has original jurisdiction over this matter on the following grounds:

**A. Federal Question Jurisdiction — 28 U.S.C. § 1331**

This action arises under the Constitution and laws of the United States. Defendant asserts defenses and counterclaims arising under federal law, including but not limited to:

(a) The Fair Housing Act, 42 U.S.C. §§ 3604 and 3617, which prohibits discriminatory housing practices and retaliatory eviction based on protected class status;

(b) 42 U.S.C. § 1983 — deprivation of civil rights under color of state law, including Defendant's rights under the Fourteenth Amendment to the United States Constitution (due process and equal protection);

(c) The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, et seq., if applicable;

(d) Such other federal statutes and constitutional provisions as Defendant may identify upon further review and discovery.

**B. Supplemental Jurisdiction — 28 U.S.C. § 1367**

To the extent any claims herein arise under state law, this Court has supplemental jurisdiction over such claims as they form part of the same case or controversy.

## IV. VENUE

6. Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441(a), because the Magistrate Court of Clayton County is located within this District and Division.

## V. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Dispossessory Affidavit (filed September 1, 2026), are attached hereto as Exhibit A.

8. Pursuant to 28 U.S.C. § 1446(d), promptly upon filing this Notice, Defendant will file a copy with the Clerk of the Magistrate Court of Clayton County, State of Georgia and serve a copy upon Plaintiff's counsel, Matthew Totten, Bar No. 798589, 5579 Chamblee-Dunwoody Road, Ste B-136, Dunwoody, Georgia 30338.

9. Defendant has not previously sought removal or similar relief in any federal court regarding this dispossessory action.

## VI. RESERVATION OF RIGHTS AND DEFENSES

By filing this Notice of Removal, Defendant does not waive any defenses, objections, or counterclaims available under applicable law.

## VII. PRAYER FOR RELIEF

WHEREFORE, Defendant RYAN JOSEPH BROWN respectfully requests that this Court:

(a) Accept removal of this action from the Magistrate Court of Clayton County, Georgia;

(b) Assume full jurisdiction over this matter;

(c) Stay all proceedings in the Magistrate Court of Clayton County, Georgia pending resolution; and

(d) Grant such other and further relief as this Court deems just and proper.

Respectfully submitted, this 5 day of NOV, 2026.

______________________________

RYAN JOSEPH BROWN, Defendant Pro Se
5347 Sapphire Cir
Ellenwood, Georgia 30294

Phone: (770) 598-7468
Email: Rybrown0208@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this _______ day of _______________, 2026, I served a copy upon Matthew Totten, Bar No. 798589, 5579 Chamblee-Dunwoody Road, Ste B-136, Dunwoody, Georgia 30338 by U.S. Mail / Hand Delivery / Email, and filed a copy with the Clerk of the Magistrate Court of Clayton County, State of Georgia, Case No. 2026CM22223.

____________________________________________
RYAN JOSEPH BROWN, Defendant Pro Se

*EXHIBIT A — Dispossessory Affidavit, Clayton County Magistrate Court, Case No. 2026CM22223 (attach copies here)*