# Details - Case # 2026CM22223 - Envelope # 23558032

## Envelope

Envelope ID
23558032

Submitted date
11/19/2026 10:22 AM

Submitted by
Jill Ayers

Username
jill_ayers@gand.uscourts.gov

## Case Information

Court Location
Clayton Magistrate Court

Case Type
Dispossessory

Case Category
Civil

Case Initiation Date

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | Progress Residential Borrower 19, LLC | MATTHEW TOTTEN |
| Defendant | Ryan Joseph Brown | |

## Filings

Filing Code
Letter to Judge - Not Answer

Filing Type

**Support**

Order of Remand, USDC, Northern Georgia

Client Ref #

1-26-cv-6750-AT

Submitted Date
11/19/2026 10:22 AM
Status
Submitting
Review Date

Courtesy Copy Email

Type
Lead Document
Document name
26cv6750.pdf
Description

Security
Public

Original document

## Fees

Payment account
Clerk, U.S. District Court, Northern Georgia
Party responsible for envelope fees
Ryan Joseph Brown
Filing attorney
Kevin P Weimer
Order ID
Transaction Response
Transaction Amount
$0.00
Transaction ID

**Total** $0.00
**Waiver Selected**